**Paul C. SLAIKEU, James Klee, and
Roger Duggan, Appellants,**

v.

**Makoto ONISHI and Kenichi
Shimura, Appellees.**

No. 04–1111.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).